IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:24-CR-00316-M

UNITED STATES OF AMERICA,

    Plaintiff,

v.

KYLE ANDREW MILLER,

    Defendant.

ORDER

This matter comes before the court on the United States' Consent Motion for Change of Plea and to Cancel Trial [DE 74]. For good cause shown, the motion is GRANTED. The court shall hold a change of plea hearing on Monday, August 3, 2026, at 10:00 a.m. in Courtroom 1, Wilmington. The pretrial conference scheduled on August 17, 2026, and the jury trial scheduled to commence on August 19, 2026, are VACATED.

The court has determined that the ends of justice served by granting Defendant's motion outweigh the best interests of the public and Defendant in a speedy trial. Any delay occasioned by granting Defendant's motion shall therefore be excluded in computing Defendant's speedy-trial time. *See* 18 U.S.C. § 3161(h)(7).

SO ORDERED this __27th__ day of July, 2026.

_____
RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE